

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2021

No. 04-21-00467-CV

**IN RE SOUTH TEXAS COOP, INC.**,
Relator

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Patricia O. Alvarez, Justice
Irene Rios, Justice
Liza A. Rodriguez, Justice

On October 27, 2021, Relator filed a petition for writ of mandamus. Relator also filed an emergency motion to stay the trial set for November 1, 2021, pending final resolution of the petition for writ of mandamus. On October 28, 2021, Real Party in Interest filed a response.

Having considered the petition, the record, and the response, we conclude Relator is not entitled to the relief sought. Relator's emergency motion to stay and its petition for writ of mandamus are denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on October 29, 2021.

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2021.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court

---

[1]This proceeding arises out of Cause No. 18-09-00349CVF, styled *South Texas Electric Coop, Inc. v. Frio County Appraisal District*, pending in the 81st Judicial District Court, Frio County, Texas, the Honorable Lynn Ellison presiding.